NO. 07-10-0003-CR 
 NO. 07-10-0004-CR
 
 IN THE COURT OF APPEALS
 
 FOR THE SEVENTH DISTRICT OF TEXAS
 
 AT AMARILLO
 
 PANEL D
 
--------------------------------------------------------------------------------
AUGUST 17, 2010
--------------------------------------------------------------------------------

 
 MANUEL FRANCO, 
 
 Appellant 
 v.
 
 THE STATE OF TEXAS, 
 
 Appellee
 ____________________________
 
 FROM THE 137TH DISTRICT COURT OF LUBBOCK COUNTY;
 
 NOS. 2009-425,411 & 2009-425,412; HONORABLE CECIL G. PURYEAR, PRESIDING

--------------------------------------------------------------------------------

--------------------------------------------------------------------------------
Memorandum Opinion
--------------------------------------------------------------------------------

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.
 Manuel Franco was convicted of possession with intent to deliver methamphetamine in an amount of less than 400 grams but at least 200 grams and possession with intent to deliver cocaine in an amount of less than 200 grams but at least four grams. He seeks reversal of those convictions by contending that the trial court erred in failing to grant his motion to suppress on the basis that the affidavit in support of the search warrant did not show probable cause. We disagree and affirm the judgments.
 Rather than delve into the factual background of the cause, we simply note that when the contraband was tendered into evidence via exhibits 7 through 14, the trial court asked defense counsel: ". . . do you have any objections to . . . them." Counsel responded, "[n]o . . . except for the confirmation by DPS for what the controlled substances are." Appellant stating, through counsel, that he had no objection (save for verification of the type of drug involved) effectively forfeited the complaints now urged on appeal and regarding the means by which those drugs were secured. Brown v. State, 183 S.W.3d 728, 741 (Tex. App. - Houston [1[st] Dist.] 2005, pet. ref'd). Accordingly, we overrule the issue before us.
 The judgments of the trial court are affirmed.

 Per Curiam 
Do not publish.